IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JUAN LORENZO BARELA, JR., | ) | |
| ID #58747-051 | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO: |
| vs. | ) | |
| | ) | 3:18-CV-2353-G-BH |
| M. UNDERWOOD, WARDEN, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The plaintiff's *Motion for Leave to File First Amended Complaint*, filed September 30, 2019 (docket entry 46), and the plaintiff's *Motion for Relief from Judgment*, filed October 8, 2019 (docket entry 48), are **DENIED**.

**SO ORDERED**.

August 6, 2020.

*signature: A. Joe Fish*
A. JOE FISH
Senior United States District Judge